UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julissa COTA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>AVEDA CORPORATION, and DOES 1–10,<br><br>　　　　　　　　　Defendant. | Case No.: 20-cv-01137-BEN-BGS<br><br>**ORDER DENYING EX PARTE MOTION TO CONTINUE SETTLEMENT DISPOSITION CONFERENCE**<br><br>[ECF No. 21] |

On December 22, 2020, Defendant Aveda Corporation ("Defendant") filed an *Ex Parte* Settlement Disposition Conference Statement. (ECF No. 21.) Defendant requests to continue the December 28, 2020 Settlement Disposition Conference for 30 days to allow Plaintiff Julissa Cota ("Plaintiff") to review and approve the settlement agreement proposed by Defendant. (ECF No. 21 at 2.)

The *Ex Parte* Statement/Motion (ECF No. 21) is **DENIED**. The Settlement Disposition Conference will proceed as scheduled on December 28, 2020 at 10:00 AM. All principle attorneys responsible for the litigation and listed in CM/ECF **are required to be present** at the telephonic Settlement Disposition Conference. As indicated in the Court's Order Scheduling the Settlement Disposition Conference (ECF No. 20), the

conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference call into chambers at (619)557-2993.

**IT IS SO ORDERED.**

Dated:  December 22, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge